

FILED

09/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0250

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0250

_____

PATRICK JOSEPH ADAMS,

    Petitioner,

    v.

PETER BLUDWORTH, WARDEN,
CROSSROADS CORRECTIONAL CENTER,

    Respondent.

_____

FILED

SEP 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

       Patrick Adams petitions this Court for rehearing of a July 21, 2020 Order denying and dismissing his Petition for a Writ of Habeas Corpus. He contends that the State's "version of events do not match the evidence or their own version of events before now." Adams requests a hearing because of this and because his Probation Officer violated § 46-23-1012, MCA, by sending him to prison instead of a pre-release center. He further states that the hearing concerning his parole revocation "was done outside the law [§] 46-23-1024(3)[, MCA]."

       With respect to petitions for rehearing of orders disposing of petitions, this Court may not grant rehearing in the absence of "clearly demonstrated exceptional circumstances[.]" M. R. App. P. 20(l)(d).

       This Court's previous Order along with many of Adams's attachments state plainly that he is not incarcerated illegally. Adams raises the same or similar claims as before, and many of his claims are not addressed in a petition for a writ of habeas corpus. This Court has explained this to Adams in at least two Orders. As reiterated in another recent Order denying Adams's request to file a reply brief, Adams "did not demonstrate illegal restraint due to his 2019 parole revocation based on several parole violations following his release." *Adams v. Bludworth*, No. OP 20-0250, Order at 1 (Mont. Aug. 4, 2020).

Upon review, Adams has not demonstrated any exceptional circumstances to warrant rehearing. M. R. App. P. 20(1)(d). Therefore,

IT IS ORDERED that Adams's Petition for Rehearing is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Patrick Joseph Adams personally.

DATED this 15ᵗʰ day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2